FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

BARBARA MERRITT,

       Plaintiffs,                    CASE NO.:

vs.

BAYVIEW LOAN SERVICING, LLC,
a foreign limited liability company,

       Defendant.

_____/

5:14-cv-423-oc-22PRL

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, BARBARA MERRITT, by and through her undersigned counsel, sues the Defendant, BAYVIEW LOAN SERVICING, LLC, and in support thereof respectfully alleges the following:

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court arises under 28 U.S.C. § 1331 as this case presents a federal question, and pursuant to 15 U.S.C. § 1692k(d) and/or pursuant to 28 U.S.C. § 1367 for pendant state law claims.

2.     Plaintiff brings this action to recover statutorily prescribed damages for acts on the part of Defendant BAYVIEW LOAN SERVICING, LLC (hereafter "BAYVIEW"), in violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, *et seq.* (hereafter "TCPA"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereafter "FDCPA"), the Florida Consumer Collection Practices Act, sections 559.55, *et seq.*, Florida Statutes (hereafter "FCCPA"), and for common law Intentional Infliction of Emotional Distress.

1

3.     The alleged violations described in the Complaint occurred in Marion County, Florida. Accordingly, venue is appropriate with this Court under 28 U.S.C. §1391(b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

## FACTS COMMON TO ALL COUNTS

4.     Plaintiff, BARBARA MERRITT (hereafter "MERRITT"), is a natural person over the age of eighteen (18), who resideS in Fort McCoy, Marion County, Florida.

5.     Plaintiff is a debtor and/or alleged debtor as that term is defined by section 559.55(2), Florida Statutes.

6.     Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7.     Plaintiff is the "called party" with respect to the calls described herein. *See Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012).

8.     At all times material hereto, Defendant was and is a foreign limited liability company, transacting business in the State of Florida, with its principal office in Coral Gables, Florida.

9.     At all times material hereto, Defendant did transact business in Marion County, Florida, as a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and/or section 559.55(6), Florida Statutes. Defendant sought to collect an alleged debt from Plaintiff that arose from a transaction incurred for personal, family or household purposes and is therefore a "consumer debt."

10.     As described herein, Defendant employed business practices resulting in intentional harassment and abuse of the Plaintiff and engaged in patterns of outrageous, abusive and harassing conduct by and through its agents and representatives in an effort to collect an alleged debt from Plaintiff that Plaintiff does not owe.

2

11.     Defendant intentionally harassed and abused Plaintiff on numerous occasions by sending Plaintiff threatening collection letters asserting false and misleading information, and by calling Plaintiff's cellular telephone number and work phone number several times per day, and on back to back days, with such frequency as can reasonably be expected to harass, in an effort to collect an alleged debt that the Plaintiff does not owe.

12.     On or about September 19, 2008, Plaintiff executed and delivered a promissory note to CITIFINANCIAL EQUITY SERVICES, INC. (hereafter "CITIFINANCIAL EQUITY") in exchange for and evidencing a loan by CITIFINANCIAL EQUITY to Plaintiff in the amount of $134,629.83 (hereafter the "Subject Mortgage Loan"), and executed a mortgage on the same date securing payment of the Subject Mortgage Loan to CITI INANCIAL EQUITY (hereafter the "Subject Mortgage"), which was recorded in the Marion County Official Records at Book 05103, Pages 1831-1836 on or about October 02, 2008.

13.     The Subject Mortgage secured payment of the Subject Mortgage Loan by certain real property then owned by Plaintiff, with a street address of 23202 NE 103rd Avenue, Ft. McCoy, Florida, 32134 (hereafter the "Subject Property").

14.     On or about December 16, 2013, CITIFINANCIAL EQUITY assigned the Subject Mortgage to CITIFINANCIAL SERVICING, LLC by executing an Assignment of Mortgage, which was subsequently recorded in the Marion County Official Records at Book 5974, Page 1870, on or about December 23, 2013.

15.     On or about February 18, 2014, CITIFINANCIAL SERVICING, LLC, assigned the Subject Mortgage Loan to Defendant by executing an Assignment of Mortgage, which was subsequently recorded in the Marion County Official Records at Book 5998, Page 740, on or about February 19, 2014.

16.     On or about October 27, 2010, Plaintiff filed a Voluntary Petition for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, in a case styled: *In re: Gregory Wayne Merritt and Barbara Haley Merritt, Case No. 3:10-bk-09395-JAF, United States Bankruptcy Court, Middle District of Florida* (hereafter the "Subject Bankruptcy Action"), wherein Plaintiff sought to discharge certain debts, including but not limited to the Subject Mortgage Loan.

17.     In Section D of the Voluntary Petition at page 16, Plaintiff identified the Subject Mortgage Loan and Mortgage on the bankruptcy schedules and identified CITIFINANCIAL EQUITY as a secured creditor with respect to same. Furthermore, as may be seen in the Statement of Intention of the Voluntary Petition at page 41, Plaintiff intended to surrender the Subject Property in connection with the discharge of the debt.

18.     On or about October 28, 2010, the court in the Subject Bankruptcy Action entered a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, in which the court scheduled the Meeting of Creditors, and set a February 11, 2011 deadline for creditors to file a complaint objecting the discharge of the debtors or to determine dischargeability of certain debts, and said Notice of Commencement was furnished to CITIFINANCIAL EQUITY, among others. A copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines and Certificate of Notice is attached hereto as Exhibit "A."

19.     CITIFINANCIAL EQUITY did not file a complaint objecting the discharge of Plaintiffs or to determine the dischargeability of the Subject Mortgage Loan prior to the February 11, 2011 deadline set forth by the United States Bankruptcy Court in the above described Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines.

20.     Consequently, on or about February 14, 2011, the United States Bankruptcy Court in the Subject Bankruptcy Action entered an Order granting Plaintiff a discharge pursuant to 11

U.S.C. § 727, and thereby discharging the Plaintiff with respect to the Subject Mortgage Loan (hereafter the "Subject Discharge Order"). A copy of the Subject Discharge Order is attached hereto as Exhibit "B."

21.     The Subject Discharge Order states, in relevant part:

> The discharge prohibits any attempt to collect from the debtors a debt that has been discharged . . . a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

22.     Additionally, pursuant to 11 U.S.C. § 524, a bankruptcy discharge "operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived."

23.     On or about February 14, 2011, the United States Bankruptcy Court in the Subject Bankruptcy Action forwarded the Subject Discharge Order to CITIFINANCIAL EQUITY, and on February 16, 2014, the Court mailed the Subject Discharge Order to CITIFINANCIAL EQUITY's counsel of record in the Subject Bankruptcy Action, Daniel C. Consuegra, P.A., 9204 King Palm Drive, Tampa, FL 33619-1328, thereby informing CITIFINANCIAL EQUITY of the Plaintiff's discharge with respect to the Subject Mortgage Loan. *See* Exhibit "C" at page 3.

24.     On or about July 11, 2011, the United States Bankruptcy Court in the Subject Bankruptcy Action closed the Plaintiff's Chapter 7 case.

25.     Accordingly, as of the date of the above described Certificate of Mailing to Defendant's predecessor in interest, CITIFINANCIAL EQUITY, on or about February 16, 2011, Defendant and its predecessor in interest possessed actual knowledge that the Subject Mortgage

Loan had been discharged through Chapter 7 bankruptcy, as well as the specific date of said discharge.

26.     Inexplicably, in or about September of 2013 -- more than two (2) years after the Subject Mortgage Loan was discharged by the United States Bankruptcy Court, Defendant BAYVIEW, as purported servicer or the discharge Subject Mortgage Loan, began contacting the Plaintiff by mail and by telephone in an effort to collect the discharged debt from Plaintiff.

27.     Beginning in or about September of 2013, Defendant sent a letter to Plaintiff entitled "Account Statement," referencing "Account Number 961048" in connection with the Subject Mortgage Loan, wherein Defendant sought to collect payments from Plaintiff in connection with the Subject Mortgage Loan. As an example, a copy of the April 23, 2014 "Account Statement" collection letter is attached hereto as Exhibit "D."

28.     As may be seen, the April 23, 2014 "Account Statement" collection letter alleges the existence of a "Outstanding Principal Balance" in the amount of $134,629.83, as well as numerous unexplained and mysterious fees, late charges, and payments alleged to be owed by Plaintiff to Defendant, and requesting payment from Plaintiffs, as follows, in part:

Property Preservation Disbursement ... ....................... $11.00
Property Preservation Disbursement ...........................$11.00
Property Preservation Disbursement ...........................$100.00
Property Preservation Disbursement ...........................$14.00
HOMEOWNERS INSURNACE PREMIUM.................$624.49
Property Preservation Disbursement ...........................$900.00
Property Preservation Disbursement ........................... $60.00
Property Preservation Disbursement ........................... $150.00

29.     At the time BAYVIEW mailed the first "Account Statement" collection letter to Plaintiffs, BAYVIEW possessed actual knowledge that the Subject Mortgage Loan had been discharged over two (2) years prior to the date of said letter through Chapter 7 bankruptcy in February of 2011, as described above. Thus, BAYVIEW was well aware of the falsity of the

information set forth in said collection letter, including the invalidity of the fees and payments alleged to be due to Defendant by Plaintiff, and the falsity of the alleged status of the Subject Mortgage Loan as being in foreclosure.

30.    Defendant continued to send substantially similar "Account Statement" collection letters to Plaintiffs on a monthly basis, including but not limited to the below referenced letters, and such collection letters are continuing to be sent by Defendant and received by Plaintiffs through the date of filing of this Complaint:

| Statement Date | Past Due/Due Immediately | Total Amount Due |
| --- | --- | --- |
| January 23, 2014: | $74,672.82 | $76,055.65 |
| February 24, 2014 | $76,055.65 | $77,438.48 |
| March 24, 2014: | $77,438.48 | $78,821.31 |
| April 23, 2014: | $78,821.31 | $81,036.79 |
| May 23, 2014: | $81,036.79 | $83,252.27 |
| June 23, 2014: | $83,252.27 | $85,467.75 |

Copies of the above referenced letters are attached hereto as Composite Exhibit "E."

31.    Additionally, Defendant sent numerous letters to Plaintiffs, up to four (4) times per month, regarding a variety of mortgage payment and home owner related issues, including but not limited to the below referenced letters, and such letters are continuing to be sent by Defendant and received by Plaintiffs through the date of filing of this Complaint:

| Correspondence Date | Correspondence Content |
| --- | --- |
| December 31, 2013: | Information on the Home Affordable Modification Program |
| February 18, 2014: | Notice to Home Loan Applicant re: Your Credit Score |
| March 3, 2014: | Notification of Availability of Homeownership Counseling |
| March 4, 2014: | Notice of Placement of Lender-Placed Insurance |
| April 7, 2014: | Options for Avoiding Foreclosure and Keeping your Home |
| April 7, 2014: | Denial of a Home Affordable Foreclosure Alternative Loan Mod |
| April 7, 2014: | Pre-approval for Liquidation Options |
| May 21, 2014: | Notice of Delinquent Taxes on Property Securing Loan |

Copies of the above referenced letters are attached hereto as Composite Exhibit "F."

32.     In addition to sending the above described collection letters, Defendant initiated numerous telephone calls to Plaintiff's cellular telephone number, (352) 229-6172, in an effort to collect the discharged debt at issue from Plaintiffs.

33.     To date, Plaintiff has received approximately one-hundred fifty (150) calls to her aforementioned cellular telephone number from Defendant in an effort to collect the discharged debt at issue, and the calls continue through the date of filing of this Complaint  (or such time as will be established after a thorough review of Defendant's records).

34.     Upon answering the above described collection calls from Defendant, Plaintiff repeatedly informed Defendant's representatives that the Subject Mortgage Loan was discharged through Chapter 7 bankruptcy in February of 2011. Plaintiff has engaged in numerous conversations with Defendant's collection representatives upon answering said collection calls; however, despite having been repeatedly told by Plaintiff that the debt at issue was previously discharged through Chapter 7 bankruptcy, Defendant remains steadfast and undeterred in its campaign of placing abusive and harassing collection calls to Plaintiff's aforementioned cellular telephone number.

35.     Additionally, Plaintiff made several calls to Defendant in an effort to bring a stop to the Defendant's unlawful collection conduct in connection with the discharged debt, wherein Plaintiff likewise repeatedly informed Defendant's representatives that the Subject Mortgage Loan was discharged through Chapter 7 bankruptcy in February of 2011, and requested that Defendant discontinue its abusive and harassing campaign of placing collection calls to her aforementioned cellular telephone number and sending threatening collection letters.

36.     Furthermore, on or about February 28, 2014, Plaintiff sent Defendant a Cease and Desist letter via USPS Certified Mail No: 7012 2210 0000 0973 0291, demanding an end to all communication with Plaintiff by mail, phone or email for any reason, notifying Defendant that

Plaintiff was represented by counsel, and providing the name and contact information of Plaintiff's attorney. A copy of the above referenced letter and confirmation of Defendant's receipt of the same is attached hereto as Composite Exhibit "G."

37.     Despite Defendant's actual knowledge that the Subject Mortgage Loan was discharged through Chapter 7 bankruptcy in February of 2011, Defendant's representatives being repeatedly informed of the same by Plaintiff, and Defendant's receipt of Plaintiff's February 28, 2014 Certified Mail correspondence demanding a cease to all communications to Plaintiff, and notifying Defendant that Plaintiff was represented by counsel, Defendant refused to discontinue its campaign of abusive, harassing, and unlawful collection conduct, including the mailing of false and misleading collection letters, and the placement of collection calls to Plaintiff's aforementioned cellular telephone number, in violation of the TCPA, FDCPA, FCCPA and Florida common law, as set forth herein.

38.     The telephone calls at issue were placed by Defendant using an "automated telephone dialing system" or "autodialer," which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers, as defined by the TCPA and its Rules and Regulations, 47 U.S.C. § 227(a)(1).

39.     Defendant initiated each of the calls at issue to Plaintiffs' aforementioned cellular telephone number without the "prior express consent" or "prior express invitation or permission" of Plaintiff as specified by the TCPA and its Rules and Regulations, 47 U.S.C. § 227(b)(1)(A).

40.     Additionally, none of the telephone calls at issue were placed by Defendant to Plaintiff's aforementioned cellular telephone number for "emergency purposes" as specified by the TCPA and its Rules and Regulations, 47 U.S.C. §227 (b)(1)(A).

41.     Moreover, the telephone collection calls at issue were at all material times specifically prohibited pursuant to 11 U.S.C. § 524 and the Subject Discharge Order, and

Defendant was and is unequivocally enjoined from placing said collection calls to Plaintiff pursuant thereto.

42.     Defendant willfully and/or knowingly violated the TCPA with respect to Plaintiff.

43.     Defendant has a corporate policy of using an automatic telephone dialing system or a pre-recorded or artificial voice message, just as it did when calling the Plaintiff's aforementioned cellular telephone number, as described herein.

44.     Defendant has a corporate policy of purchasing debt that had previously been discharged in bankruptcy and attempting to collect said discharged debts, just as it did when calling Plaintiff's aforementioned cellular telephone number, mailing the above described collection letters to Plaintiffs, and reporting the subject debt to the Credit Reporting Agencies despite actual knowledge of the falsity of said reports, as described herein.

45.     Despite actual knowledge of its wrongdoing, Defendant continued the campaign of abuse.

46.     Defendant's corporate policy is structured to continue to call individuals like Plaintiff, despite these individuals explaining to the Defendant that the debts at issue had been previously discharged through bankruptcy, and that the properties securing said debts had been surrendered in connection with such bankruptcy proceedings.

47.     Defendant's corporate policy provided no means for the Plaintiff to have her number removed from the call list.

48.     Defendant has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not owe the alleged debt.

49.     Defendant followed its corporate policies when attempting to communicate with the Plaintiff in connection with the discharged debt at issue.

50.     Defendant has been the recipient of numerous complaints from debtors, alleged debtors, and non-debtors across the country, similar to those alleged in this action by Plaintiff.

51.     Defendant has, or should be in possession and/or control of call logs, account notes, autodialer reports and/or other records that detail the exact number of calls made to Plaintiff over the relevant time period.

52.     As a direct and proximate result of Defendant's acts or omissions, as set forth herein, Plaintiff suffered compensatory, statutory and actual damages in the form of emotional distress, anxiety, fear, worry, embarrassment and mental suffering, pain, anguish, and loss of capacity for the enjoyment of life.

53.     Plaintiff's statutory and actual damages in the form of emotional distress, anxiety, fear, worry, embarrassment and mental suffering, pain, anguish, and loss of capacity for the enjoyment of life pursuant to section 559.77, Florida Statutes, have continued and are continuing as of the filing of this complaint.

54.     All conditions precedent to the filing of this action have occurred, or have otherwise been waived.

## COUNT I
### (Violation of the TCPA against BAYVIEW)

55.     Plaintiffs re-allege paragraphs (1) through (54) as if fully restated herein and further state as follows:

56.     None of the calls at issue were placed by Defendant to Plaintiff's cellular telephone number with the "prior express consent" of Plaintiff, as specified by the TCPA, 47 U.S.C. § 227(b)(1)(A).

57.     Furthermore, none of the calls at issue were placed by Defendant to Plaintiff for "emergency purposes" as specified by the TCPA, 47 U.S.C. §227 (b)(1)(A).

58.     Moreover, the calls at issue were at all material times specifically prohibited pursuant to 11 U.S.C. § 524 and the Subject Discharge Order, as Defendant is unequivocally enjoined from placing said collection calls to Plaintiff pursuant thereto.

59.     Defendant willfully and/or knowingly violated the TCPA with respect to Plaintiff by repeatedly placing non-emergency calls to Plaintiff's cellular telephone number using an automated telephone dialing system and/or prerecorded or artificial voice message without Plaintiff's prior express consent, invitation or permission, as specifically prohibited by the TCPA, 47 U.S.C. §227(b)(1)(A)(iii).

60.     The TCPA provides Plaintiff with a private right of action against Defendant for its violations of the TCPA, as described herein, pursuant to 47 U.S.C.A. § 227(b)(3), and permits both injunctive relief in addition to statutory damages.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for statutory damages, actual damages, punitive damages, an injunction from similar conduct in the future, costs, interest and such other relief as this Court deems just and proper.

## COUNT II
### (Violation of the Florida Consumer Collection Practices Act "FCCPA" against BAYVIEW)

61.     Plaintiffs re-allege paragraphs (1) through (54) as if fully restated herein and further state as follows:

62.     At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including section 559.72, Florida Statutes.

63.     Defendant engaged in an act or omission prohibited under section 559.72(7), Florida Statutes, by willfully communicating with the Plaintiff or any member of his/her family with such frequency as can reasonably be expected to harass the Plaintiff.

64.     Defendant engaged in an act or omission prohibited under section 559.72(7), Florida Statutes, by willfully engaging in other conduct which can reasonably be expected to abuse the Plaintiff.

65.     Defendant engaged in an act or omission prohibited under section 559.72(9), Florida Statutes, by attempting to enforce a debt when such person knows that the debt is not legitimate, or asserting the existence of some other legal right when such person knows that the right does not exist.

66.     Defendant engaged in an act or omission prohibited under section 559.72(18), Florida Statutes, by attempting to collect a debt from Plaintiff while having knowledge that Plaintiff was represented by counsel.

67.     Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuing sustaining of damages as described by section 559.77, Florida Statutes, including, but not limited to: statutory damages, actual damages in the form of emotional pain and suffering, fear, worry, embarrassment, humiliation and loss of the capacity for the enjoyment of life; and attorney fees, interest and costs.

WHEREFORE, Plaintiff respectfully demand judgment against Defendant for statutory damages, actual damages, punitive damages, an injunction from similar conduct in the future, attorney fees, costs, interest and such other relief as this Court deems just and proper.


## COUNT III
### (Violation of the "FDCPA" Against BAYVIEW)

68.     Plaintiff re-allege's and incorporates by reference the allegations of Paragraphs (1) through (54), as if fully set forth herein.

69.     Plaintiff has been the object of collection activity by Defendant arising from an

alleged consumer debt.

70.    Defendant is a "debt collector" as defined by the FDCPA.

71.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692c(a)(2) by communicating with the Plaintiff while having knowledge that the Plaintiff was represented by an attorney with respect to such a debt.

72.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692d engaging in conduct in connection with the collection of a debt, the natural consequence of which is to harass, oppress, or abuse Plaintiff.

73.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692d(5) by causing Plaintiff's telephone to ring or engaging Plaintiff in telephone conversation repeatedly or continuously with the intent to annoy, abuse, or harass Plaintiff at the called number.

74.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692d(6) by calling Plaintiff's cellular telephone number and hanging up prior to or as soon as the Plaintiff or the Plaintiff's voice mail answered the call, in such a way as to fail to provide a meaningful disclosure of its identity.

75.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692e(2)(A) by falsely representing the character, amount or legal status of the alleged debt at issue.

76.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect a debt from Plaintiff or to obtain information concerning Plaintiff.

77.    Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692e(11) by calling Plaintiff's cellular telephone number and hanging up prior to or as soon as the Plaintiff

or the Plaintiff's voice mail answered the call, in such a way as to fail to disclose that the communication was from a debt collector.

78.     Defendant engaged in an act or omission prohibited under 15 U.S.C. §1692f by using unfair or unconscionable means to collect or attempt to collect a debt from Plaintiff.

79.     Defendant's acts and omissions as described herein have directly and proximately resulted in Plaintiff's prior and continuing sustaining of damages as described by 15 U.S.C. 1692 including, but not limited to: statutory damages, actual damages in the form of emotional pain and suffering, fear, worry, embarrassment, humiliation and loss of the capacity for the enjoyment of life, lost financing opportunities and financing terms making life more expensive for Plaintiff; and attorney fees, interest and costs.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for statutory damages, actual damages, an injunction from similar conduct in the future, attorney fees, costs, interest and such other relief as this Court deems just and proper.

## COUNT V
### (Intentional Infliction of Emotional Distress against BAYVIEW)

80.     Plaintiffs re-allege paragraphs (1) through (54) above as if fully set forth herein, and further states:

81.     The outrageous conduct of Defendant individually, and through its employees, agents, representatives and collectors, as described herein, deliberately, recklessly and/or intentionally inflicted emotional distress on the Plaintiff.

82.     The outrageous conduct of Defendant, as described herein, was directed at Plaintiff by and through Defendant's employees, agents, apparent agents or other persons acting to benefit and further the interests of Defendant, and acting in the course and scope of their employment or agency with Defendant.

15

83.    As a direct and proximate result of the outrageous conduct of Defendant, as described herein, Plaintiff sustained mental pain and suffering, emotional distress, mental anguish, inconvenience, and loss of capacity for the enjoyment of life.

WHEREFORE, Plaintiff respectfully demands a trial by jury of all issues so triable and judgment against Defendant for compensatory damages, punitive damages, costs, interest and such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable.

Respectfully submitted,

*s/ David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No. 0067249
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 222-4797
DMitchell@ForThePeople.com
VMarrero@ForThePeople.com
PMitchell@ForThePeople.com
Counsel for Plaintiffs

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)        Case Number **3:10-bk-09395-JAF**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 27, 2010 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Gregory Wayne Merritt<br>10016 NE 233rd Street Road<br>Fort Mc Coy, FL 32134 | Barbara Haley Merritt<br>aka Barbara Lynn Merritt<br>10016 NE 233rd Street Road<br>Fort Mc Coy, FL 32134 |
| Case Number:<br>3:10-bk-09395-JAF | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-1622<br>xxx-xx-4319 |
| Attorney for Debtor(s) (name and address):<br>J Herbert Williams<br>702 South Magnolia Avenue<br>Suite 2<br>Ocala, FL 34471<br>Telephone number:  (352) 629-6000 | Bankruptcy Trustee (name and address):<br>Doreen Abbott<br>P.O. Box 56257<br>Jacksonville, FL 32241-6257<br>Telephone number: 904-886-9459 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

| | |
|---|---|
| Date:  **December 13, 2010** | Time:  **12:30 PM** |

Location:  **Grand Jury Hearing Room 2nd Floor, 207 NW 2nd Street, Ocala, FL 34475**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**
**February 11, 2011**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202<br>Telephone number:  904-301-6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date:  October 28, 2010 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.



## EXPLANATIONS                                         FORM B9A (12/07)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005.** |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### — Refer to Other Side for Important Deadlines and Notices —

| | |
|---|---|
| **Voice Case Info. System (VCIS)** | For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: megans          Page 1 of 2          Date Rcvd: Oct 28, 2010
Case: 10-09395               Form ID: B9A            Total Noticed: 42

The following entities were noticed by first class mail on Oct 30, 2010.
```
db/jdb        +Gregory Wayne Merritt,    Barbara Haley Merritt,    10016 NE 233rd Street Road,
               Fort Mc Coy, FL 32134-8627
aty           +J Herbert Williams,    702 South Magnolia Avenue,    Suite 2,    Ocala, FL 34471-0987
19330678      +American Coradius Int'l LLC,    2420 Sweet Home Rd, Ste 150,    Amherst, NY 14228-2244
19330679       Badcock & More,    401 W. Belt Avenue,    Bushnell, FL 33513
19330683      +CBE Group,    131 Tower Park, Ste 100,    P.O. Box 2547,    Waterloo, IA 50704-2547
19330687       Daniel C. Consuegra, P.A.,    9204 King Palm Drive,    Tampa, FL 33619-1328
19330689      +Express Care of Ocala,    1834 SW 1st Ave,    Ocala, FL 34471-8100
19330690      +FCPA,    P.O. Box 102231,    Atlanta, GA 30368-2231
19330692       FLSDU,    P.O. Box 8500,    Tallahassee, FL 32314-8500
19330691      +First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
19330694      +Fred Hanna & Associates,    1427 Roswell Road,    Marietta, GA 30062-3668
19330697      +HFC,    P.O. Box 3425,    Buffalo, NY 14240-3425
19330698      +Home Depot,    P.O. Box 653000,    Dallas, TX 75265-3000
19330700      +Keystone Equipment Finance,    433 New Park Avenue,    West Hartford, CT 06110-1141
19330701      +Lab Corp,    c/o Credit Collections Serv,    Two Wells Avenue,    Newton Center, MA 02459-3208
19330675      +Marion County Tax Collector,    P.O. Box 970,    Ocala FL 34478-0970
19330703      +NES of FL,    c/o Gold Key Credit,    P.O. Box 15670,    Brooksville, FL 34604-0122
19330704      +Orthopaedic Institute,    P.O. Box 13476,    Gainesville, FL 32604-1476
19330705      +Quest Diagnostics,    P.O. Box 740781,    Cincinnati, OH 45274-0781
19330706      +Sallie Mae Financial,    135 Beauer Street,    Waltham, MA 02452-8412
19330707      +Shands Hospital,    P.O. Box 10005,    Atlanta, GA 30384-0001
19330708      +Southeastern Integrated Med,    4343 West Newberry Rd,    Suite 13,    Gainesville, FL 32607-2825
19330709      +Sprint,    c/o GC Services,    P.O. Box 5220,    San Antonio, TX 78201-0220
19330710       Tax Collector, Marion County,    P.O. Box 970,    Ocala, FL 34478-0970
19330711      +University of FL Physicians,    P.O. Box 830913,    Birmingham, AL 35283-0913
19330712      +Wells Fargo,    P.O. Box 98795,    Las Vegas, NV 89193-8795
```

The following entities were noticed by electronic transmission on Oct 29, 2010.
```
tr             EDI: QDABBOTT.COM Oct 28 2010 21:23:00    Doreen Abbott,    P.O. Box 56257,
               Jacksonville, FL 32241-6257
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov
               United States Trustee - JAX 7,    135 W Central Blvd Suite 620,    Orlando, FL 32801-2440
19330682      +EDI: CHASE.COM Oct 28 2010 21:23:00    BP,    P.O. Box 15548,    Wilmington, DE 19886-5548
19330681      +EDI: BANKAMER.COM Oct 28 2010 21:23:00    Bank of America,    P.O. Box 851001,
               Dallas, TX 75285-1001
19330684      +EDI: RMSC.COM Oct 28 2010 21:23:00    Chevron/GE Money Bank,    P.O. Box 530950,
               Atlanta, GA 30353-0950
19330685      +EDI: CIAC.COM Oct 28 2010 21:23:00    Citifinancial Mortgage,    1111 Northpoint Drive,
               Coppell, TX 75019-3831
19330686      +EDI: CCUSA.COM Oct 28 2010 21:23:00    Credit Collections USA,    P.O. Box 873,
               Morgantown, WV 26507-0873
19330688      +EDI: RCSDELL.COM Oct 28 2010 21:23:00    Dell Preferred,    P.O. Box 6403,
               Carol Stream, IL 60197-6403
19330676       EDI: FLDEPREV.COM Oct 28 2010 21:23:00    Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL 32314-6668
19330693      +EDI: FORD.COM Oct 28 2010 21:23:00    Ford Motor Credit Co.,    P.O. Box 6508,
               Mesa, AZ 85216-6508
19330695      +EDI: RMSC.COM Oct 28 2010 21:23:00    GE Money Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
19330696      +E-mail/Text: brown3@gulfcoastcollection.com              Gulf Coast Collection,
               5630 Marguesas Circle,    Sarasota, FL 34233-3331
19330699      +E-mail/Text: JPF-EBN@jpfryelaw.com                John P. Frye, P.C.,    P.O. Box 13665,
               Roanoke, VA 24036-3665
19330702      +EDI: MID8.COM Oct 28 2010 21:23:00    Midland Credit Mgmt,    8875 Aero Drive,    Suite 2,
               San Diego, CA 92123-2251
19330677      +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                United States Trustee,
               135 W Central Blvd, Suite 620,    Orlando, FL 32801-2440
19330680       E-mail/Text: legal.bankruptcy@badcock.com               Badcock Home Furnishings,
               P.O. Box 497,    Mulberry, FL 33860
                                                                                      TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113A-3          User: megans           Page 2 of 2            Date Rcvd: Oct 28, 2010
Case: 10-09395                Form ID: B9A           Total Noticed: 42
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2010                    Signature:    _Joseph Speetjens_

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

## Middle District of Florida

**Case No.  3:10-bk-09395-JAF**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Wayne Merritt
10016 NE 233rd Street Road
Fort Mc Coy, FL 32134

Barbara Haley Merritt
aka Barbara Lynn Merritt
10016 NE 233rd Street Road
Fort Mc Coy, FL 32134

Social Security No.:
   xxx-xx-1622

                xxx-xx-4319

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____
Jerry A. Funk
United States Bankruptcy Judge

Dated: February 14, 2011

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

EXHIBIT
B.

FORM B18J continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

## Middle District of Florida

### Case No. 3:10-bk-09395-JAF

#### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Wayne Merritt  
10016 NE 233rd Street Road  
Fort Mc Coy, FL 32134

Barbara Haley Merritt  
aka Barbara Lynn Merritt  
10016 NE 233rd Street Road  
Fort Mc Coy, FL 32134

Social Security No.:  
xxx–xx–1622

xxx–xx–4319

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: February 14, 2011

Jerry A. Funk  
United States Bankruptcy Judge

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

EXHIBIT
C.

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: grimmc            Page 1 of 2            Date Rcvd: Feb 14, 2011
Case: 10-09395             Form ID: B18J           Total Noticed: 41

The following entities were noticed by first class mail on Feb 16, 2011.
db/jdb      +Gregory Wayne Merritt,   Barbara Haley Merritt,   10016 NE 233rd Street Road,
             Fort Mc Coy, FL 32134-8627
19330678    +American Coradius Int'l LLC,   2420 Sweet Home Rd, Ste 150,   Amherst, NY 14228-2244
19330679    +Badcock & More,   401 W. Belt Avenue,   Bushnell, FL 33513
19330683    +CBE Group,   131 Tower Park, Ste 100,   P.O. Box 2547,   Waterloo, IA 50704-2547
19330687    +Daniel C. Consuegra, P.A.,   9204 King Palm Drive,   Tampa, FL 33619-1328
19330689    +Express Care of Ocala,   1834 SW 1st Ave,   Ocala, FL 34471-8100
19330690    +FCPA,   P.O. Box 102231,   Atlanta, GA 30368-2231
19330692     FLSDU,   P.O. Box 8500,   Tallahassee, FL 32314-8500
19330691    +First Source Advantage,   205 Bryant Woods South,   Amherst, NY 14228-3609
19330694    +Fred Hanna & Associates,   1427 Roswell Road,   Marietta, GA 30062-3668
19330697    +HPC,   P.O. Box 3425,   Buffalo, NY 14240-3425
19330698    +Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
19330700    +Keystone Equipment Finance,   433 New Park Avenue,   West Hartford, CT 06110-1141
19330701    +Lab Corp,   c/o Credit Collections Serv,   Two Wells Avenue,   Newton Center, MA 02459-3208
19330675    +Marion County Tax Collector,   P.O. Box 970,   Ocala FL 34478-0970
19330703    +NES of FL,   c/o Gold Key Credit,   P.O. Box 15670,   Brooksville, FL 34604-0122
19330704    +Orthopaedic Institute,   P.O. Box 13476,   Gainesville, FL 32604-1476
19330705    +Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
19330706    +Sallie Mae Financial,   135 Beauer Street,   Waltham, MA 02452-8412
19330707    +Shands Hospital,   P.O. Box 10005,   Atlanta, GA 30384-0001
19330708    +Southeastern Integrated Med,   4343 West Newberry Rd,   Suite 13,   Gainesville, FL 32607-2825
19330709    +Sprint,   c/o GC Services,   P.O. Box 5220,   San Antonio, TX 78201-0220
19330710     Tax Collector, Marion County,   P.O. Box 970,   Ocala, FL 34478-0970
19330711    +University of FL Physicians,   P.O. Box 830913,   Birmingham, AL 35283-0913
19330712    +Wells Fargo,   P.O. Box 98795,   Las Vegas, NV 89193-8795

The following entities were noticed by electronic transmission on Feb 14, 2011.
tr           EDI: QDABBOTT.COM Feb 14 2011 19:33:00   Doreen Abbott,   P.O. Box 56257,
             Jacksonville, FL 32241-6257
cr           E-mail/Text: legal.bankruptcy@badcock.com                   W. S. Badcock Corporation.,
             c/o Elizabeth Cleveland,   Post Office Box 232,   Mulberry, FL 33860
19330682    +EDI: CHASE.COM Feb 14 2011 19:33:00   BP,   P.O. Box 15548,   Wilmington, DE 19886-5548
19330681    +EDI: BANKAMER.COM Feb 14 2011 19:33:00   Bank of America,   P.O. Box 851001,
             Dallas, TX 75285-1001
19330684    +EDI: RMSC.COM Feb 14 2011 19:33:00   Chevron/GE Money Bank,   P.O. Box 530950,
             Atlanta, GA 30353-0950
19330685    +EDI: CIAC.COM Feb 14 2011 19:38:00   Citifinancial Mortgage,   1111 Northpoint Drive,
             Coppell, TX 75019-3831
19330686    +EDI: CCUSA.COM Feb 14 2011 19:33:00   Credit Collections USA,   P.O. Box 873,
             Morgantown, WV 26507-0873
19330688    +EDI: RCSDELL.COM Feb 14 2011 19:38:00   Dell Preferred,   P.O. Box 6403,
             Carol Stream, IL 60197-6403
19330676     EDI: FLDEPREV.COM Feb 14 2011 19:38:00   Florida Dept. of Revenue,   Bankruptcy Unit,
             P.O. Box 6668,   Tallahassee, FL 32314-6668
19330693    +EDI: FORD.COM Feb 14 2011 19:38:00   Ford Motor Credit Co.,   P.O. Box 6508,
             Mesa, AZ 85216-6508
19330695    +EDI: RMSC.COM Feb 14 2011 19:33:00   GE Money Bank,   P.O. Box 103104,   Roswell, GA 30076-9104
19330696    +E-mail/Text: brown3@gulfcoastcollection.com                Gulf Coast Collection,
             5630 Marguesas Circle,   Sarasota, FL 34233-3331
19330699    +E-mail/Text: JPF-EBN@jpfryelaw.com                John P. Frye, P.C.,   P.O. Box 13665,
             Roanoke, VA 24036-3665
19330702    +EDI: MID8.COM Feb 14 2011 19:33:00   Midland Credit Mgmt,   8875 Aero Drive,   Suite 2,
             San Diego, CA 92123-2251
19330677    +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                United States Trustee,
             135 W Central Blvd, Suite 620,   Orlando, FL 32801-2440
19330680     E-mail/Text: legal.bankruptcy@badcock.com                  Badcock Home Furnishings,
             P.O. Box 497,   Mulberry, FL 33860
                                                                                         TOTAL: 16

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113A-3          User: grimmc           Page 2 of 2              Date Rcvd: Feb 14, 2011
Case: 10-09395               Form ID: B18J          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2011                    Signature:  _____



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

272

**Mortgage Statement**

Statement Date: 04/23/14

www.bayviewloanservicing.com

| | |
|---|---|
| Account Number | 961048 |
| Payment Due Date | 05/08/14 |
| **Amount Due** | **$81,036.79** |
| If payment is received after 5/23/14, a $69.14 late fee will be charged. | |

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Escrow Balance | -$624.49 |
| Rec Corp Advance | $1,357.00 |
| Prepayment Penalty | N |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $95.88 |
| Interest | $1,286.95 |
| Escrow (Taxes and Insurance) | $832.65 |
| Regular Monthly Payment | $2,215.48 |
| Late Charges | $0.00 |
| Past Due Amount | $78,821.31 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$81,036.79** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account.

### Transaction Activity (12/17/13 to 04/23/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 12/20 | Balance Adjustment □ Principal, Interest | -$5,337.43 | | | | | | |
| | Property Preservation Disbursement | | | | | | | $11.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $624.49 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| NSF | $0.00 | |
| Fees | $0.00 | |
| Partial Payment (Unapplied)** | $0.00 | |
| **Total** | **$624.49** | **$0.00** |

### Important Messages

**Partial Payments: Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 04/23/14 you are 1719 days delinquent on your mortgage.

*Recent Account History:*
Payment due: 11/08/13: Unpaid balance of $1,382.83
Payment due: 12/08/13: Unpaid balance of $1,382.83
Payment due: 01/08/14: Unpaid balance of $1,382.83
Payment due: 02/08/14: Unpaid balance of $1,382.83
Payment due: 03/08/14: Unpaid balance of $1,382.83
Payment due: 04/08/14: Unpaid balance of $1,382.83
Current payment due 05/08/14: $2,215.48
**Total: $81,036.79 due. You must pay this amount to bring your loan current.**

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling assistance.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

---

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account

Borrower GREGORY MERRITT
Loan Number 961048
Monthly Payment Due $2,215.48

| Due By: | 05/08/14 | Total Amount Due: | $81,036.79 |
|---|---|---|---|
| If payment is received after 5/23/14, a $69.14 late fee will be charged. | | | |

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please indicate additional funds. Any additional funds not specified will be applied as required by your loan documents and applicable law.

| | | $ | |
|---|---|---|---|
| Additional Principal | | $ | . |
| Additional Escrow | | $ | . |
| Other | | $ | . |
| Total Amount Sent (Please do not send cash) | | $ | |

Make check payable to Bayview Loan

☐ Check here if your address/telephone number has changed and fill out form on reverse side
Please do not write below this line.     Servicing Code: MSP

000096 1048  MSP  0000221548  0008103679  5

**EXHIBIT**

**D.**

tabbies

Statement Date: 04/23/14

| Account Number | 961048 |
|---|---|
| Payment Due Date | 05/08/14 |
| **Amount Due** | **$81,036.79** |

*If payment is received after 5/23/14, a $69.14 late fee will be charged*

## Transaction Activity (12/17/13 to 04/23/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $100.00 |
| | Property Preservation Disbursement | | | | | | | $14.00 |
| | HOMEOWNERS INSURANCE PREMIUM | | | | | | | $624.49 |
| 04/04 | Escrow Advance Deposit | $624.49 | | $624.49 | | | | |
| | Property Preservation Disbursement | | | | | | | $900.00 |
| | Property Preservation Disbursement | | | | | | | $60.00 |
| | Property Preservation Disbursement | | | | | | | $150.00 |
| | Property Preservation Disbursement | | | | | | | $100.00 |

272



**Mortgage Statement**
Statement Date: 01/23/14

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

www.bayviewloanservicing.com

| Account Number | 961048 |
|---|---|
| Payment Due Date | 08/08/09 |
| **Amount Due** | **$76,055.65** |

*If payment is received after 2/23/14, a $69.14 late fee will be charged.*

329

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Prepayment Penalty | N |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $50.12 |
| Interest | $1,332.71 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$1,382.83** |
| Late Charges | $0.00 |
| Past Due Amount | $74,672.82 |
| Optional Insurance | $0.00 |
| **Total Amount Due\*** | **$76,055.65** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account.

## Transaction Activity (12/17/13 to 01/23/14)

| Process Date | Due Date | Description | Charges | Payments |
|---|---|---|---|---|
| | | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| NSF | $0.00 | |
| Fees | $0.00 | |
| Partial Payment (Unapplied)** | $0.00 | |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

**\*\*Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

## \*\*Delinquency Notice\*\*

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 01/23/14 you are 1629 days delinquent on your mortgage.

*Recent Account History:*
    Payment due: 08/08/13: Unpaid balance of $1,382.83
    Payment due: 09/08/13: Unpaid balance of $1,382.83
    Payment due: 10/08/13: Unpaid balance of $1,382.83
    Payment due: 11/08/13: Unpaid balance of $1,382.83
    Payment due: 12/08/13: Unpaid balance of $1,382.83
    Payment due: 01/08/14: Unpaid balance of $1,382.83
    Current payment due 08/08/09: $1,382.83
    **Total: $76,055.65 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower GREGORY MERRITT
Loan Number 961048



EXHIBIT
E.

SXJ6286671-000



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0825
Phone: 1-800-457-5105

# Mortgage Statement

Statement Date: 03/24/14

www.bayviewloanservicing.com

| | |
|---|---|
| Account Number | 961048 |
| Payment Due Date | 08/08/09 |
| **Amount Due** | **$78,821.31** |

*If payment is received after 4/23/14, a $69.14 late fee will be charged.*

573

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

---

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Rec Corp Advance | $133.00 |
| Prepayment Penalty | N |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $52.45 |
| Interest | $1,330.38 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$1,382.83** |
| Late Charges | $0.00 |
| Past Due Amount | $77,438.48 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$78,821.31** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account.

## Transaction Activity (12/17/13 to 03/24/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 12/20 | Balance Adjustment ☐ Principal, Interest | | -$5,337.43 | | | | | |
| | Property Preservation Disbursement | | | | | | | $11.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| NSF | $0.00 | |
| Fees | $0.00 | |
| Partial Payment (Unapplied)** | $0.00 | |
| **Total** | **$0.00** | **$0.00** |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 03/24/14 you are 1689 days delinquent on your mortgage.

*Recent Account History:*
  Payment due: 10/08/13: Unpaid balance of $1,382.83
  Payment due: 11/08/13: Unpaid balance of $1,382.83
  Payment due: 12/08/13: Unpaid balance of $1,382.83
  Payment due: 01/08/14: Unpaid balance of $1,382.83
  Payment due: 02/08/14: Unpaid balance of $1,382.83
  Payment due: 03/08/14: Unpaid balance of $1,382.83
  Current payment due 08/08/09: $1,382.83
  **Total: $78,821.31 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

## Important Messages

**Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

---

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE

Please include the loan number on your check. If we
cannot clearly associate the check with a single loan,
it may delay or prohibit us from crediting your account.

Borrower  GREGORY MERRITT

Statement Date: 03/24/14

| Account Number | 961048 |
|---|---|
| Payment Due Date | 08/08/09 |
| **Amount Due** | **$78,821.31** |

*If payment is received after 4/23/14, a $69.14 late fee will be charged.*

## Transaction Activity (12/17/13 to 03/24/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $100.00 |

SXJ6266871-000



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

## Mortgage Statement
Statement Date: 04/23/14

272

www.bayviewloanservicing.com

| Account Number | 961048 |
|---|---|
| Payment Due Date | 05/08/14 |
| **Amount Due** | **$81,036.79** |

*If payment is received after 5/23/14, a $69.14 late fee will be charged.*

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

||I·I··II|III|I·I·I|I·I|··|IIII|I·I·I|I|I·I|·I··I||I|

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Escrow Balance | -$624.49 |
| Rec Corp Advance | $1,357.00 |
| Prepayment Penalty | N |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $95.88 |
| Interest | $1,286.95 |
| Escrow (Taxes and Insurance) | $832.65 |
| **Regular Monthly Payment** | **$2,215.48** |
| Late Charges | $0.00 |
| Past Due Amount | $78,821.31 |
| Optional Insurance | $0.00 |
| **Total Amount Due\*** | **$81,036.79** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
\*Total amount due may not include recoverable fees not yet charged to the account.

### Transaction Activity (12/17/13 to 04/23/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 12/20 | Balance Adjustment ☐ Principal, Interest | | -$5,337.43 | | | | | |
| | Property Preservation Disbursement | | | | | | | $11.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $624.49 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| NSF | $0.00 | |
| Fees | $0.00 | |
| Partial Payment (Unapplied)\*\* | $0.00 | |
| **Total** | **$624.49** | **$0.00** |

### Important Messages

\*\***Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### \*\*Delinquency Notice\*\*

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 04/23/14 you are 1719 days delinquent on your mortgage.

*Recent Account History:*
Payment due: 11/08/13: Unpaid balance of $1,382.83
Payment due: 12/08/13: Unpaid balance of $1,382.83
Payment due: 01/08/14: Unpaid balance of $1,382.83
Payment due: 02/08/14: Unpaid balance of $1,382.83
Payment due: 03/08/14: Unpaid balance of $1,382.83
Payment due: 04/08/14: Unpaid balance of $1,382.83
Current payment due 05/08/14: $2,215.48
**Total: $81,036.79 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

Your Point of Contact is GUY  PERPIGNAND and can be reached on 1.877.281.3817.

\*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance.  In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE

Please include the loan number on your check. If we cannot clearly associate your check with a single loan, it may delay or prohibit us from crediting your account

Borrower  GREGORY MERRITT
Loan Number  961048

Statement Date: 04/23/14

| Account Number | 961048 |
|---|---|
| Payment Due Date | 05/08/14 |
| **Amount Due** | **$81,036.79** |

*If payment is received after 5/23/14, a $69.14 late fee will be charged.*

## Transaction Activity (12/17/13 to 04/23/14)

| Date | Description | AMOUNT | P&I | ESCROW | LATE CHARGE | NSF FEE | SUSPENSE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $11.00 |
| | Property Preservation Disbursement | | | | | | | $100.00 |
| | Property Preservation Disbursement | | | | | | | $14.00 |
| | HOMEOWNERS INSURANCE PREMIUM | | | | | | | $624.49 |
| 04/04 | Escrow Advance Deposit | $624.49 | | $624.49 | | | | |
| | Property Preservation Disbursement | | | | | | | $900.00 |
| | Property Preservation Disbursement | | | | | | | $60.00 |
| | Property Preservation Disbursement | | | | | | | $150.00 |
| | Property Preservation Disbursement | | | | | | | $100.00 |

SX-6286671-XXX

 **BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

**Mortgage Statement**

Statement Date: 05/23/14

www.bayviewloanservicing.com

538

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

| | |
|---|---|
| Account Number | 961048 |
| Payment Due Date | 06/08/14 |
| **Total Amount Due** | **$83,252.27** |

*If payment is received after 6/23/14 a $69.14 late fee will be charged*

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Escrow Balance | -$780.29 |
| Late Charge Balance | $0.00 |
| Rec Corp Advance | $2,286.00 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $53.96 |
| Interest | $1,328.87 |
| Escrow (Taxes and Insurance) | $832.65 |
| **Regular Monthly Payment** | **$2,215.48** |
| Fees & Charges Assessed | $929.00 |
| Past Due Amount | $81,036.79 |
| Optional Insurance | $0.00 |
| **Total Amount Due\*** | **$83,252.27** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
\*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (04/24/14 to 05/23/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 04/25 | Property Preservation Disbursement | $100.00 | |
| 04/29 | Attorney Advance Disbursement | $525.00 | |
| 05/02 | HOMEOWNERS INSURANCE PREMIUM | $155.80 | |

*Additional Transaction Activity may be found on Page 3

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)\*\* | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Messages

\*\***Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

\*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

## \*\*Delinquency Notice\*\*

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 05/23/14 you are 1749 days delinquent on your mortgage.

*Recent Account History:*
Payment due: 12/08/13: Unpaid balance of $1,382.83
Payment due: 01/08/14: Unpaid balance of $1,382.83
Payment due: 02/08/14: Unpaid balance of $1,382.83
Payment due: 03/08/14: Unpaid balance of $1,382.83
Payment due: 04/08/14: Unpaid balance of $1,382.83
Payment due: 05/08/14: Unpaid balance of $2,215.48
Current payment due 06/08/14: $2,215.48
**Total: $83,252.27 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-6625
Phone: 1-800-457-5105

**Mortgage Statement**

Statement Date: 05/23/14

www.bayviewloanservicing.com

538

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

| | |
|---|---|
| Account Number | 961048 |
| Payment Due Date | 06/08/14 |
| **Total Amount Due** | **$83,252.27** |
| If payment is received after 6/23/14, a $69.14 late fee will be charged | |

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,629.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.9808% |
| Escrow Balance | -$780.29 |
| Late Charge Balance | $0.00 |
| Rec Corp Advance | $2,286.00 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $53.96 |
| Interest | $1,328.87 |
| Escrow (Taxes and Insurance) | $832.65 |
| **Regular Monthly Payment** | **$2,215.48** |
| Fees & Charges Assessed | $929.00 |
| Past Due Amount | $81,036.79 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$83,252.27** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (04/24/14 to 05/23/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 04/25 | Property Preservation Disbursement | $100.00 | |
| 04/29 | Attorney Advance Disbursement | $525.00 | |
| 05/02 | HOMEOWNERS INSURANCE PREMIUM | $155.60 | |

*Additional Transaction Activity may be found on Page 3

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Messages

**Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 05/23/14 you are 1749 days delinquent on your mortgage.

Recent Account History:
Payment due: 12/08/13: Unpaid balance of $1,382.83
Payment due: 01/08/14: Unpaid balance of $1,382.83
Payment due: 02/08/14: Unpaid balance of $1,382.83
Payment due: 03/08/14: Unpaid balance of $1,382.83
Payment due: 04/08/14: Unpaid balance of $1,382.83
Payment due: 05/08/14: Unpaid balance of $2,215.48
Current payment due 06/08/14: $2,215.48
Total: $83,252.27 due. You must pay this amount
to bring your loan current.

If You Are Experiencing Financial Difficulty: If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

**Mortgage Statement**



Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

Statement Date: 06/23/14

www.bayviewloanservicing.com

| Account Number | 961048 |
|---|---|
| Payment Due Date | 07/08/14 |
| **Total Amount Due** | **$85,467.75** |

*If payment is received after 7/23/14, a $69.14 late fee will be charged.*

841

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL 32134-8627

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $134,829.83 |
| Deferred Amount | $5,337.43 |
| Interest Rate | 11.8808% |
| Escrow Balance | -$938.25 |
| Late Charge Balance | $0.00 |
| Rec Corp Advance | $2,575.00 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $97.38 |
| Interest | $1,285.47 |
| Escrow (Taxes and Insurance) | $832.65 |
| **Regular Monthly Payment** | **$2,215.48** |
| Fees & Charges Assessed | $289.00 |
| Past Due Amount | $83,252.27 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$85,467.75** |

### Transaction Activity (05/24/14 to 06/23/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 06/02 | Property Preservation Disbursement | $175.00 | |
| 06/02 | HOMEOWNERS INSURANCE PREMIUM | $157.96 | |
| 06/02 | Escrow Advance Deposit | | $157.96 |

*Additional Transaction Activity may be found on Page 3

### Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Messages

**Partial Payments: Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Your Point of Contact is GUY PERPIGNAND and can be reached on 1.877.281.3817.

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 06/23/14 you are 1780 days delinquent on your mortgage.

*Recent Account History:*
Payment due: 01/08/14: Unpaid balance of $1,382.83
Payment due: 02/08/14: Unpaid balance of $1,382.83
Payment due: 03/08/14: Unpaid balance of $1,382.83
Payment due: 04/08/14: Unpaid balance of $1,382.83
Payment due: 05/08/14: Unpaid balance of $2,215.48
Payment due: 06/08/14: Unpaid balance of $2,215.48
Current payment due 07/08/14: $2,215.48
**Total: $85,467.75 due. You must pay this amount to bring your loan current.**

If You Are Experiencing Financial Difficulty: If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

---

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower GREGORY MERRITT
Loan Number 961048

Monthly Payment Due $2,215.48

| Due By: | 07/08/14 | Total Amount Due: | $85,467.75 |
|---|---|---|---|

*If payment is received after 7/23/14, a $69.14 late fee will be charged.*

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please indicate additional funds. Any additional funds not specified will be applied as required by your loan documents and applicable law.

| | | |
|---|---|---|
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Other | $ | . |
| Total Amount Sent (Please do not send cash) | $ | . |

Make check payable to Bayview Loan Servicing.

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Please do not write below this line.    Servicing Code: MSP

0000961048 MSP 0000221548 0008546775 6

Statement Date: 06/23/14

| Account Number | 961048 |
|---|---|
| Payment Due Date | 07/08/14 |
| **Total Amount Due** | **$85,467.75** |

*If payment is received after 7/23/14, a $69.14 late fee will be charged.*

## Transaction Activity (05/24/14 to 06/23/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 06/09 | Property Preservation Disbursement | $14.00 | |
| 06/10 | Property Preservation Disbursement | $100.00 | |

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd
5th Floor
Coral Gables, FL  33146

**ELECTRONIC RETURN RECEIPT REQUESTED**



7182 6389 3060 2450 9993

**GREGORY MERRITT**          1272
**BARBARA MERRITT**
**10016 NE 233RD STREET RD**
**FORT MC COY, FL 32134-8627**



EXHIBIT
tabbies®
F.

1 / 1 of 4

SXJ6286464-000


LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

**Help for America's Homeowners**


MAKING HOME AFFORDABLE

Loan #:   0000961048

**Property Address:**
23202 NE 103RD AVENUE
FT MCCOY, FL 32134-0000

**Your Bayview Representative:**
Guy Perpignand
1 (877) 281-3817

GREGORY MERRITT
BARBARA MERRITT
10016 NE 233RD STREET RD
FORT MC COY, FL 32134-8627

1272

December 31, 2013

## Request for Initial Packet for the Home Affordable Modification Program

Dear Customer:

There is help available if you are having difficulty making your mortgage loan payments. You may be eligible for the Home Affordable Modification Program, part of the initiative announced by President Obama to help homeowners.

**You may be able to make your payments more affordable.**

Act now to get the help you need!

**As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable.** You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your property. Now is the time to act. We are ready to help you.

**Here's how it works:** we will first determine if you are eligible based on your situation. To conduct this evaluation, we need you to submit an Initial Package consisting of a Request for Mortgage Assistance form (including all necessary certifications), an IRS Form 4506T-EZ or Form 4506-T, and documentary evidence of all income. You may obtain the Request for Mortgage Assistance form and the IRS Form 4506T-EZ or Form 4506-T at www.bayviewloanservicing.com/resources.

We will need additional information to complete this analysis. Please refer to the enclosed HAMP Required Documents Checklist for the complete list.

Additional documentation may be required for special circumstances. If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at 1 (877) 281-3817.

If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment.

At first, you will make new, affordable monthly payments on your mortgage loan during a trial period. If you make those payments successfully and fulfill all trial period conditions, we will permanently modify your mortgage loan.

**The Making Home Affordable program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.**

December 31, 2013

# Please Read This First (HAMP Required Documents Checklist)

All financial documents included in this package will be needed in order to begin your evaluation. If any forms are missing or incomplete, your evaluation for a modification may be significantly delayed.

Contact me at 1 (877) 281-3817 for any questions regarding these documents.

**Your Bayview Representative:**
Guy Perpignand
1 (877) 281-3817
1 (305) 646-4654
Send all required documents today!

## For all Customers

- Request for Mortgage Assistance
- 4506 T or 4506 T-EZ
- Authorization to Release Information

- Dodd Frank Certification
- Signed 1040 tax returns (even if it is a draft copy)
- Last 2 pay stubs for all W2 or 1099 wages

Please note that tax forms are needed even if you are sending in your tax returns.

## Additional forms may be required for special circumstances.
If any of the below scenarios apply to you please also include the additional documents listed below.

### Social Security and Disability Recipients
- Award Letter
- Last 2 months of bank statements*

\* Bank statements should reflect the benefits being received.

### Clients with Lease Agreements
- Copies of the lease agreement
- Last 2 months of bank statements*
- Schedule E from tax returns

\* If rented less than 12 months-statement should reflect deposit.

### For Unemployed Customers
- Unemployment award letter

### Small Business Owners
- Most recent business tax returns (all pages – schedule K-1 included)
- Most recent quarterly Business Profit and Loss form (even if you did not receive any business income in the last year, state "No Income" then sign, date, and return.)

## Send financial documents to:
Attention: Guy Perpignand
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146

Fax: 1 (305) 646-4654

## Payment Method:
If you make your payments using **Western Union Quick Collect**, please use the "Same Day" option.

Western Union Quick Collect
Code City: BFTG
Code State: FL
Loan Number 0000961048
Attention: Guy Perpignand

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

MERRITT GREGORY
MERRITT BARBARA
10016 NE 233RD STREET RD
FORT MC COY FL 32134-8627

434106-01-0007

02/18/2014

**BAYVIEW FINANCIAL LP**
4425 PONCE DE LEON BLVD 4TH FL
CORAL GABLES, FL 33146

**GREGORY MERRITT**
10016 NE 233RD ST, APT RD
FT MCCOY FL 32134

## NOTICE TO HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**BAYVIEW FINANCIAL LP**

**ORDER NUMBER:** J5DMV4
**CONSUMER REPORTING AGENCY:**

EQUIFAX MORTGAGE SOLUTIONS
815 EAST GATE DR,SUITE 102
MOUNT LAUREL NJ 08054
PHONE: 800-333-0037

**DATE ORDERED:** 02/18/2014
**REPORT PREPARED FOR:**

BAYVIEW FINANCIAL LP
4425 PONCE DE LEON BLVD 4TH FL
CORAL GABLES, FL 33146
PHONE: 305-341-3654

**BORROWER'S INFORMATION**
**NAME:** GREGORY MERRITT

### Your Credit Score and the Price You Pay for Credit

**Your Credit Score**

| Your Equifax Credit Score | Score:  00623 |  |
|---|---|---|
| | Source:  EQUIFAX BEACON 5.0 FACTA | Date:  02/18/2014 |

**Understanding Your Credit Score**

| | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | EQUIFAX BEACON 5.0 FACTA : Scores range from a low of 334 to a high of 818. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your Equifax score compares to the scores of other consumers** | Your Equifax credit score ranks higher than 25 percent of U.S. consumers. |
| **Key factors that adversely affected your Equifax credit score** | 00038   SERIOUS DELINQUENCY, DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| | 00018   NUMBER OF ACCOUNTS WITH DELINQUENCY |
| | 00010   PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| | 00020   LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| | Y   NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE BUT NOT SIGNIFICANTLY |

## Checking Your Credit Report

| | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report-<br><br>By telephone :  Call toll-free: 1-877-322-8228<br><br>On the web   :  Visit www.annualcreditreport.com<br><br>By mail         :    Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf ) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at  www.consumerfinance.gov/learnmore. |

3520



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

March 3, 2014

**********AUTO**MIXED AADC 331

Gregory Merritt
Barbara Merritt
10016 NE 233rd Street Rd
Fort Mc Coy, FL  32134-8627
··|I|··|I||I||·||·|||I||||·||||·||·||I|||I||·||··|||·||I||

**Loan Number: 961048**         **Property Address:**   23202 NE 103rd Ave
                                                         Ft McCoy, FL 32134

Dear Customer:

This letter is to notify you of the availability of homeownership counseling, and any rights you or your dependents may have under the Servicemembers Civil Relief Act if you are an active member of one of the military agencies listed below. You may wish to discuss your account with a homeownership counselor. You can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish. You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm

Below is some additional important information about the rights you may have under the Servicemembers Civil Relief Act:

## United States Department of Housing and Urban Development
## Servicemembers Civil Relief Act Notice

**Legal rights and protections under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemember Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who may be entitled to legal protections under the SCRA?**

• Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
• Reserve and National Guard personnel who have been activated and are on Federal active duty.
• National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502 (f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
• Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
• Certain United States citizens serving with the armed forces of a nation with which the United Stated is allied in the prosecution of a war or military action.

## HAVING TROUBLE AFFORDING YOUR MORTGAGE?
# YOU HAVE OPTIONS
## TO HELP YOU AVOID FORECLOSURE...

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.

**"What options do I have to keep my home?"**

**"What options do I have to get a fresh start?"**

## FORBEARANCE PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Forbearance Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A Forbearance Plan may be your best option if:**

- You are about to or already have missed a payment
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income

## SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best option if:**

- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure

## MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/ or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**

- You would like to stay in your home but your payments have become unaffordable
- You have already missed a payment due to hardship
- You will not be able to make payments in the foreseeable future under the current terms of your loan

## DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**

- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure
- You owe more on your home than what it is currently worth
- You have tried and failed to sell your property through a short sale

---

## TAKE ACTION TODAY — CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit.

You may also bring your loan current at any point in time. To get information on how to reinstate your loan today, please call your dedicated Bayview Representative.

## CALL BAYVIEW LOAN SERVICING TODAY AT 1.877.205.9958.

Bayview Loan Servicing, LLC, is a debt collector.  This letter is an attempt to collect a debt, and any information obtained will be used for that purpose.  To the extent that your obligation has been discharged or is subject to an automatic stay in bankruptcy this notice is for information purposes only and does not constitute a demand of payment or any attempt to collect such obligation. NMLS #2469

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.   BLS-0105-OTF AM213



**BAYVIEW®**
LOAN SERVICING

Sincerely,

*Guy Perpignand*

Guy Perpignand, Asset Manager

Bayview Loan Servicing, LLC
Phone Number: 877-281-3817 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number: 305-646-4654

Bayview Loan Servicing, LLC is a debt collector. This letter is for informational and compliance purposes to advise you of certain rights you may have, and is not an attempt to collect a debt. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**



**BAYVIEW**
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

March 4, 2014


BARBARA MERRITT GREGORY MERRITT
10016 NE 233RD ST RD
FT MCCOY, FL 32134 0000
UNITED STATES

1973/987

| | |
|---|---|
| Insured Name: | BARBARA MERRITT GREGORY MERRITT |
| Loan Number(s): | 0000961048 |
| Property/Collateral: | 23202 NE 103RD AVENUE |
| | FT MCCOY, FL  32134 0000 |
| | USA |

Dear Client:

We have not received proof of hazard coverage on the above referenced property as required under the terms of your mortgage and as requested in our previous notices. Because of this, **it has become necessary to place lender-placed insurance coverage on your property.**

This policy provides limited coverage and is not comparable to a standard hazard policy. The policy does not provide coverage for personal property or owner's liability to protect your interest. **We strongly recommend that you obtain an insurance policy of your choice as soon as possible.**

The premium will be charged to your escrow account. If you do not have an escrow account, one will be set up for you. Your monthly payments will be adjusted to cover this cost. This policy may be cancelled at any time by giving us proof of other acceptable insurance.

If you obtain insurance of your own choosing at any time, please provide us with a copy. Once we receive and review your policy, we will cancel the insurance that we purchased and credit any unearned premium to your escrow account.

If at any time you desire to maintain your own policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at http://www.expressinsuranceinfo.com/2911045. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at 877-826-4419. We value you as our customer and look forward to resolving this matter.

Sincerely,

Bayview Loan Servicing
Insurance Department
Phone: 877-826-4419
Fax:  248-824-7960
Email: BayviewTeam@pfic.com


Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Visit http://www.expressinsuranceinfo.com/2911045 to update or provide electronic property insurance information on your mortgage.
TTY Service is available by contacting 711 or 800-649-3777.

HZ001

**LENDER PLACED INSURANCE**
**EVIDENCE OF FIRE INSURANCE**

1974/987

| | |
|---|---|
| MASTER POLICY NO.: | IP1000100 |
| NAMED INSURED: | Bayview Loan Servicing, LLC |
| ADDRESS: | 4425 Ponce De Leon Boulevard<br>Suite 500<br>Coral Gables, FL  33146-0000 |
| LOAN NUMBER: | 0000961048 |
| LOCATION OF<br>PROPERTY INSURED: | 23202 NE 103RD AVENUE<br>FT MCCOY, FL  32134 |
| INSURED AMOUNT: | $ 134,630.00 |
| EFFECTIVE DATE: | FROM: 12/17/2013    TO:  12/17/2014<br>OR UNTIL CANCELLED |
| ANNUAL PREMIUM:<br>(This is not an invoice.) | $2,110.56<br>(Including applicable taxes and fees) |

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by Ironshore Europe Limited in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY.  IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.

 **BAYVIEW™**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



April 07, 2014

GREGORY   MERRITT and BARBARA   MERRITT
10016 NE 233RD ST RD
FT MCCOY            , FL 32134

**Loan Number:** 961048          **Property Address:** 23202 NE 103RD AVENUE
                                                      FT MCCOY, FL 32134

Dear Customer:

### Did you know you may have options for avoiding foreclosure and keeping your home?

Options are available especially if you've recently had a financial hardship (including an increase in interest rate) making it difficult to afford payments.

Millions of Americans are getting help through programs like these:

#### Forbearance Plans – get some breathing room.

You may be able to get additional time to catch up on past-due payments under an informal agreement called a forbearance plan. Plans are normally limited to a period of up to six months.

#### Modification – make payments affordable.

A loan modification changes the repayment terms reflected in the note to arrive at a more affordable payment.  Your loan could be modified to extend the term, convert an adjustable rate mortgage to a fixed rate loan, amortize the monthly payment over a longer period or add the past due balance to the outstanding principal balance to bring the account current. Call today to see if you may be eligible.

#### Home Affordable Foreclosure Alternative – also known as a Short Sale.

Sometimes the best resolution to a default is the sale of the property. We may agree to accept less than the total amount owed and some programs even provide cash for relocation. Contact us today about a short sale, because we can help make the process go smoothly. To qualify, you must contact me within 14 days of the date of this letter to discuss this option.

#### Home Affordable Foreclosure Alternative – Deed-in-lieu of Foreclosure.

If you are unable to afford the current payment, we may allow you to deed the property back to us to avoid the time and expense of a foreclosure action.  To qualify, you must contact me within 14 days of the date of this letter to discuss this option.

**Getting help is a simple as contacting me directly at (855) 228-8095.**  As the Asset Manager assigned to your loan, I am here to help you understand your options and navigate the process.

Sincerely,

*Jennie Gonzalez*

Jennie Gonzalez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number: (855) 228-8095 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number: (305) 260-1410

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission Southeast Region Suite 1500 225 Peachtree Street, NE Atlanta, GA 30303 OR Federal Trade Commission Equal Credit Opportunity Washington, DC 20580.



Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

From: (305) 646-4149
Nadege Jean-Louis
Bayview
4425 Ponce De Leon Blvd

Coral Gables, FL 33146

Origin ID: JDMA



Ship Date: 07APR14
ActWgt: 0.1 LB
CAD: 8335156/INET3490

Delivery Address Bar Code



SHIP TO: (352) 229-8172        BILL SENDER
**Gregory & Barbara Merritt**

**10016 NE 233RD ST RD**

**FORT MCCOY, FL 32134**

J141014020700326

Ref #        245466820
Invoice #
PO #         245466820
Dept #

TRK#  **7984 6315 9384**
0201

TUE - 08 APR 4:30P
PRIORITY OVERNIGHT

# XH OCFA

**32134**
FL-US
**MCO**



522G1/7809/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                    4/7/2014



**BAYVIEW**
LOAN SERVICING
P.O. Box 331409
Miami FL 33233-1409

## ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

| | |
|---|---|
| Analysis Date | 04/08/14 |
| Account Number: | 0000961048 |

Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.bayviewloanservicing.com

0-773-00684-0000668-001-1-000-010-000-000

GREGORY MERRITT
BARBARA MERRITT
10016 NE 233RD STREET RD
FORT MC COY FL 32134-8627

| | |
|---|---|
| Current Payment as of 05/01/14 | |
| Principal & Interest | $1,382.83 |
| **Total Current Payment** | $1,382.83 |
| New Payment Effective 05/08/14 | |
| Principal & Interest | $1,382.83 |
| Escrow/Impound | $624.49 |
| Shortage Spread | $208.16 |
| **Total New Payment** | $2,215.48 |

---

## PAYMENT CALCULATIONS AND ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

For quality assurance and to comply with federal regulations, Real Estate Settlement Procedures Act (RESPA), your escrow account is reviewed at least once a year to determine that sufficient funds are available to pay your taxes and/or insurance. If the taxes and /or insurance amounts we pay from your escrow account change during the year, then the amount we are required to collect may also change. If this occurs, we suggest you contact your tax authority or insurance agent directly for an explanation of the change in your bill.

### ESCROW DISBURSEMENTS

**Current Anticipated Disbursements**
This year, we anticipate that payments from your account will equal $7,493.88.

HAZARD INSUR          7,493.88

Total Disbursements          $7,493.88

Escrow Payment Calculation
$7,493.88 / 12 months = $624.49

**Calculation of Escrow Adjustment**

| | |
|---|---|
| Beginning Projected Balance | ($1,248.98) |
| Beginning Required Balance | 1,248.98 |
| Escrow Shortage | $2,497.96 |
| Monthly Escrow Adjustment | $208.16 |
| (Escrow Shortage divided by 12) | |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

Your actual starting escrow balance is ($1,248.98). According to your projected escrow activity, you are required to have a starting escrow balance of $1,248.98. Therefore, you have a shortage of $2,497.96.

| Month | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Required Balance | Actual Balance |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 1,248.98 | -1,248.98 |
| May 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98LP |
| Jun 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Jul 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Aug 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Sep 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Oct 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Nov 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Dec 14 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Jan 15 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Feb 15 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Mar 15 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| Apr 15 | 624.49 | 624.49 | HAZARD INSUR | 1,248.98 | -1,248.98 |
| **TOTAL** | **7,493.88** | **7,493.88** | | | |

Based upon your mortgage documents and/or state and federal laws, we are allowed to maintain a cushion in your escrow account (excluding MIP/PMI). Your lowest monthly balance (LP) for the next 12 months should not exceed $1,248.98, which equals 1/6 of the anticipated payments from your escrow account.

*** CONTINUED ON REVERSE ***

## IMPORTANT MESSAGES

▼ DETACH COUPON HERE



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



April 07, 2014


GREGORY MERRITT
10016 NE 233RD ST RD
FT MCCOY          , FL  32134



**Loan Number:** 961048          **Property Address:** 23202 NE 103RD AVENUE
                                                                          FT MCCOY, FL  32134

Dear Customer:

Thank you for your recent application to Bayview Loan Servicing, LLC for a **Home Affordable Foreclosure Alternative (HAFA) loan modification**. Upon review of your loan and financial hardship documentation, and under the HAFA Program guidelines, it was determined **you do not qualify for the following reason** stated below:

   **Notification Cancellation:** We are unable to offer you a Home Affordable Foreclosure Alternative Modification because after initially asking to be considered for a Home Affordable Foreclosure Alternatives Program (HAFA) you withdrew that request.

If you feel we did not receive your complete requirement package and have additional information for us to consider, please forward this information for immediate review.

**To submit additional documentation,** contact me directly at (855) 228-8095, Monday – Friday, 9:00 am to 6:00 pm ET, or mail your documents to 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146. Please be sure to include your loan number on all documents.


Sincerely,

*Jennie Gonzalez*

Jennie Gonzalez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:   (855) 228-8095 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:      (305) 260-1410

If any of the information provided in this letter utilized for your final determination of program eligibility is incorrect and you have additional information for us to review you may appeal your case by contacting our HAMP Escalations Department.   In the event you were denied for one of the following reasons, you will not be eligible for an appeal: an ineligible mortgage, ineligible property type, the offer was not accepted by you or the request was withdrawn, or the loan was previously modified.

**Bayview Loan Servicing HAMP Escalations Department**

| | |
|---|---|
| Phone Number: | 1 (866) 266-6663 (M-F 9:00am - 5:00pm ET) |
| Fax Number: | Toll free:  1 (877) 429-0538    Local: (305) 260-1497 |
| E-mail Address: | HAMPESCALATIONS@bayviewloanservicing.com |
| Physical Address: | 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 |



### Free HUD-approved counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.**

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission Southeast Region Suite 1500 225 Peachtree Street, NE Atlanta, GA 30303 OR Federal Trade Commission Equal Credit Opportunity Washington, DC 20580.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**



**BAYVIEW™**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



April 07, 2014

GREGORY   MERRITT and BARBARA   MERRITT
10016 NE 233RD ST RD
FT MCCOY          , FL 32134

Loan Number: 961048        **Property Address:** 23202 NE 103RD AVENUE
                                                  FT MCCOY, FL 32134

Dear Customer:

Thank you for your recent application to Bayview Loan Servicing, LLC for a  loan modification. Upon review of your loan and financial hardship documentation, and under program guidelines, it was determined you do not qualify for the following reason stated below:

**Offer Not Accepted by Borrower / Request Withdrawn:** We are unable to offer you a  because after initially asking to be considered for a Home Affordable modification you withdrew that request.

You have been conditionally pre-approved for the following liquidation options:

**Sell the Property** – You may sell your home at market value and use the net proceeds to pay off the mortgage in full.

**Preforeclosure Sale** – Allows you to sell your home and use the net proceeds to pay off the mortgage if you are unable to maintain payments and can sell the house at market value. This is available even if the home's market value is less than the total amount owed, subject to investor approval.

**Deed-In-Lieu** –Allows you to transfer your property voluntarily to Bayview if you are unable to maintain payments and cannot sell the home at market value.

To complete the process, the below documentation is required:

- RMA/ Application/ Hardship Affidavit
- If property is non-owner occupied – Non Owner Occupant Certification
- HAFA Affidavit (if eligible for Making Home Affordable's Short Sale program)
- Listing Agreement
- Fully executed Purchase and Sales Agreement (not required to begin review process)
- Preliminary/ Final HUD
- Buyer's pre-approval notice
- Buyer's proof of funds
- Document Financial information if required by investor
- Clear and marketable title
- Access to interior of home for appraisal

If the documents are not received within 30 days of this letter, or at least 37 days prior to a scheduled foreclosure sale, we may not be able to evaluate you in time to stop the foreclosure sale.

Bayview would like to continue to assist you through one of our available options.  To explore an alternative that may be beneficial to you, contact me at your earliest convenience at (855) 228-8095, Monday – Friday 9:00 am to 6:00 pm ET.

Sincerely,

*Jennie Gonzalez*

Jennie Gonzalez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:   (855) 228-8095 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:      (305) 260-1410



## Know Your Rights

If any of the information in this letter utilized for your final determination of program eligibility is incorrect and you have additional information for us to review you may appeal your case by contacting our Customer Service Escalations Department listed below.  .

Until we receive all of the required documentation, our collection efforts will continue. This could include foreclosure. After we receive all the required documentation, and while we consider your request, your home will not be referred to foreclosure. If you send us the required documentation, any scheduled foreclosure sale will be postponed.

## Bayview Loan Servicing Customer Service Escalations Department

| | |
|---|---|
| Phone Number: | Toll Free at 1(877) 250-4262 Monday - Friday 9am to 5pm ET |
| Email Address: | BLSDenialEscalations@Bayviewloanservicing.com |
| Physical Address: | 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146 |
| Fax Number: | Toll Free at 1(877) 250-2329 |



## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission Southeast Region Suite 1500 225 Peachtree Street, NE Atlanta, GA 30303 OR Federal Trade Commission Equal Credit Opportunity Washington, DC 20580.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**



**BAYVIEW**

Loan Servicing

5/21/2014

Merritt Gregory
Merritt Barbara
10016 Ne 233rd Street Rd
Fort Mc Coy, FL 32134-8627

RE:  Loan Number  0000961048

A recent review of tax records has revealed delinquent taxes on the property securing the above referenced loan. The parcel number(s), delinquent tax year(s), and unpaid base amount(s), (which do NOT include penalties and interest) are listed below:

| --Parcel No.-- | Year | Instl | Base Amt | ----Payee---- |
|----------------|------|-------|----------|---------------|
| 0012-002-202   | 2013/2013 | A | $1,398.05 | Marion County |

Based on the terms outlined in your Note and Security Instrument, you are required to pay all tax assessments as they become due. If payment has been made, please forward a copy of the front and back of your cancelled check(s) or a copy of your paid receipt(s), along with the tear-off below within thirty (30) days from the date of the letter.  PLEASE DO NOT SEND FUNDS FOR YOUR DELINQUENT TAXES TO OUR OFFICE. Make your tax payment directly to the appropriate tax office.

Failure to pay your taxes before their delinquent date constitutes a default under the terms of your loan documents. If your taxes remain unpaid 45 days after the date of this letter, Bayview may exercise the option to pay your delinquent taxes. If the delinquent taxes are paid, the amount of the payment will be deducted from your escrow/impound account, and this expense will increase the amount of your mortgage payment. If you do not have an escrow account, one will be established for you and your mortgage payment will be adjusted accordingly.

Your prompt attention to this matter is appreciated.

Real Estate Tax Department

------------------------------------------Cut and return with Proof of Tax Payment------------------------------------------

Order: 86828143

Loan Number: 0000961048

Base Amount: **$1,398.05**

**NOTE:  DO NOT SEND ANY TAX PAYMENTS**
**OR MORTGAGE PAYMENTS TO THIS**
**ADDRESS.  ONLY PROOF OF PAYMENTS PLEASE!**

Parcel: 0012-002-202

Marion County

352-368-8200

**WAYS TO SEND IN PROOF OF PAYMENT:**

    1. Email: paymentproof.dfw.tx@corelogic.com

    2. FAX: 817-826-1258

    3. MAIL WITH RETURN ENVELOPE

PLEASE ATTACH THIS COUPON WITH PROOF OF PAYMENT

Bayview Loan Servicing, LLC-0011085

P.O. Box 961247

Ft. Worth, TX 76161-0247

RG1

FEBRUARY 28, 2014

BARBARA MERRITT
GREGORY MERRITT
10016 NE 233RD ST RD
FORT MC COY, FL 32134

BAYVIEW LOAN SERVICING LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625
800-457-5105

TO WHOM IT MAY CONCERN:

PLEASE DO NOT CONTACT ME OR MY SPOUSE BY MAIL, PHONE OR EMAIL FOR ANY REASON. PLEASE
DIRECT ALL INQUIRES TO THE ATTORNEY AT LAW J. HERBERT WILLIAMS (352-629-6000).  THANK YOU

BARBARA MERRITT
GREGORY MERRITT



```
              PALATKA MAIN PO
              PALATKA, Florida
                321779998
             1143840645 -0096
02/28/2014     (386)325-2714    02:19:24 PM

                 Sales Receipt
Product          Sale  Unit        Final
Description        Qty  Price       Price

CHICAGO IL 60693 Zone-5            $0.49
First-Class Mail Letter
0.10 oz.
Expected Delivery: Mon 03/03/14
@@ Certified                      $3.30
USPS Certified Mail #:
7012221000009730291
                               =========
Issue PVI:                        $3.79

                               ---------
Total:                            $3.79

Paid by:
Cash                              $4.00
Change Due:                      -$0.21

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/s
```



EXHIBIT

G.

English        Customer Service        USPS Mobile                                                                Register / Sign In

USPS.COM®                                                    Search USPS.com or Track Packages    Subr

Quick Tools                    Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

✉ Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70122210000009730291**

**Expected Delivery Day: Monday, March 3, 2014**

## Product & Tracking Information                           Available Actions

**Postal Product:**                    **Features:**
First-Class Mail®                      Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 4, 2014 , 6:57 am** | Delivered | CHICAGO, IL 60693 |

Your item was delivered at 6:57 am on March 4, 2014 in CHICAGO, IL 60693

| | | |
|---|---|---|
| March 4, 2014 , 3:17 am | Arrival at Unit | CHICAGO, IL 60680 |
| March 3, 2014 , 9:20 pm | Processed through USPS Sort Facility | CHICAGO, IL 60607 |
| March 1, 2014 , 3:13 am | Depart USPS Sort Facility | ORLANDO, FL 32862 |
| March 1, 2014 , 12:26 am | Processed at USPS Origin Sort Facility | ORLANDO, FL 32862 |
| February 28, 2014 , 11:51 pm | Processed at USPS Origin Sort Facility | ORLANDO, FL 32862 |
| February 28, 2014 , 6:10 pm | Depart Post Office | PALATKA, FL 32177 |
| February 28, 2014 , 2:18 pm | Acceptance | PALATKA, FL 32177 |

## Track Another Package
**What's your tracking (or receipt) number?**

Track It

LEGAL                    ON USPS.COM                ON ABOUT.USPS.COM            OTHER USPS SITES
Privacy Policy ›         Government Services ›      About USPS Home ›            Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›        Newsroom ›                  Postal Inspectors ›
FOIA ›                 Print a Label with Postage ›  USPS Service Alerts ›        Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›          Forms & Publications ›        Postal Explorer ›
                       Delivering Solutions to the Last Mile ›  Careers ›        National Postal Museum ›
                       Site Index ›

USPS.COM®    Copyright© 2014 USPS. All Rights Reserved.