UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARBARA MERRITT and,
GREGORY WAYNE MERRITT,
    Plaintiff,

-vs-

BAYVIEW LOAN SERVICING, LLC,
a foreign limited liability company,    CASE NO.: 5:14-CV-00423-ACC-PRL

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, BARBARA MERRITT and GREGORY WAYNE MERRITT, by and through their undersigned counsel, hereby submit this Notice of Pending Settlement pursuant to Local Rule 3.08(a), and states that Plaintiffs and Defendant, BAYVIEW LOAN SERVICING, LLC have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 8th day of July, 2015.

Respectfully submitted,

                                    */s/ Tav Gomez*
                                    Octavio "Tav" Gomez, Esquire
                                    Morgan & Morgan, P.A.
                                    201 N. Franklin St. 7th Floor
                                    Tampa, FL 33602
                                    Tele: (813) 223-5505
                                    Fax:  (813) 222-4797
                                    Florida Bar #:  0338620
                                    Attorney for Plaintiff
                                    TGomez@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

/s/ Tav Gomez
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, P.A.
201 N. Franklin St. 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 222-4797
Florida Bar #:  0338620
Attorney for Plaintiff
TGomez@forthepeople.com