# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BARBARA MERRITT and GREGORY WAYNE MERRITT,**

       Plaintiffs,

v.                                          Case No:   5:14-cv-423-Oc-22PRL

**BAYVIEW LOAN SERVICING, LLC,**

       Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiffs that the above-styled action has been settled (Doc. No. 38).   Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.   All pending motions are **DENIED** as moot.   The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 8, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

Irwin J. Weiner, Mediator